

Court Of Appeals

Fourth Court of Appeals District of Texas

San Antonio

## MEMORANDUM OPINION

No. 04-08-00698-CV

In the **INTEREST OF J.B.G.** and H.L.M., Children

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. CVFL-07-457
Honorable Stephen B. Ables, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Steven C. Hilbig, Justice
              Marialynn Barnard, Justice

Delivered and Filed:   January 14, 2009

MOTION TO DISMISS GRANTED; DISMISSED

        Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P.

42.1(a)(1). The appeal is dismissed.

PER CURIAM